Case 2:23-cv-00252   Document 51   Filed on 05/28/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD HASTINGS, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00252 |
| E.D. BULLARD COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the Court's Order of Dismissal Without Prejudice (D.E. 50), the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on May 28, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE